

# NUMBER 13-14-00052-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE ROBERT MICHELENA

### On Petition for Writ of Mandamus
### and Motion for Temporary Relief.

## ORDER

### Before Justices Rodriguez, Garza, and Perkes
### Per Curiam Order

Relator, Robert Michelena, filed a petition for writ of mandamus and motion for temporary relief in the above cause on January 23, 2014. By order issued the following day, this Court requested that Monica Michelena, the real party in interest, file a response to the petition for writ of mandamus on or before the expiration of the business day on January 31, 2014 and ordered the relator's motion for temporary relief to be carried with the case pending further order of the Court.

The real party in interest has now filed a motion for extension of time to file her response to the petition for writ of mandamus. The real party seeks an extension of

thirty days to file her response. We GRANT the real party's motion for extension of time to file her response. Her response is now due on March 3, 2014.

By the motion for temporary relief, which was previously carried with the case, the relator sought to stay the underlying proceedings, including the trial of this cause, scheduled to commence on February 10, 2014. In light of the real party's extension of time to file her response, the Court is of the opinion that the motion for temporary relief should be granted. Accordingly, we GRANT the relator's motion for temporary relief and order the trial court proceedings stayed pending further order of this Court. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the 3rd
day of February, 2014.